# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2005

128364

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ESTATE OF IDA E. SPRENKLE-HILL

_____

GEORGE H. HILL,
        Petitioner-Appellee,

v

LESLIE R. FLINT,
        Respondent,

and

DAVID H. TRIPP, Personal Representative,
        Respondent-Appellant.

SC: 128364
COA: 248783
Barry Probate Ct: 2002-023531-DA

_____/

      On order of the Court, the application for leave to appeal the February 22, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), we direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action permitted by MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting mere restatement of arguments in application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2005 _____

s1003

_____
Clerk